Dismissed and Memorandum Opinion filed September 16,
2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00729-CR

____________

 

WILLIAM HOWARD CAVE, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from County Criminal Court at Law No. 7

Harris County, Texas

Trial Court Cause No. 1648663

 



 

M E M O R
A N D U M   O P I N I O N

Appellant entered a guilty plea to assault. In accordance
with the terms of a plea bargain agreement with the State, the trial court
sentenced appellant on May 5, 2010, to confinement for two (2) days in the
Harris County Jail.  We dismiss the appeal.  

The trial court entered a certification of the defendant’s
right to appeal in which the court certified that this is a plea bargain case,
and the defendant has no right of appeal.  See Tex. R. App. P. 25.2(a)(2).  The trial court’s
certification is included in the record on appeal.  See Tex. R. App. P. 25.2(d).  The record supports the
trial court’s certification. See Dears v. State, 154 S.W.3d 610, 615
(Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.  

 

PER CURIAM

 

Panel consists of Justices
Seymore, Boyce, and Christopher.

Do Not Publish C Tex. R. App. P. 47.2(b).